UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

SUSAN COMPETELLO, on behalf of herself and all others similarly situated,

Case No. 24-cv-04905 (MMG)

Plaintiff,

NOTICE OF APPEARANCE

-against-

UNDER 5'10 LLC,

Defendant.
---------------------------------------X

**PLEASE TAKE NOTICE** that appearance is hereby entered for Alan A. Heller, Esq. of Foster Garvey, P.C., as attorneys of record for Under 5'10 LLC.

Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to:

> Alan A. Heller, Esq.
> Foster Garvey, P.C.
> 100 Wall Street, 20th Floor
> New York, New York 10005
> Tel: (212) 965-4526
> Fax: (212) 334-1278
> Email: alan.heller@foster.com

Dated:   New York, New York
         July 22, 2024

FOSTER GARVEY, P.C.

By: _____
    Alan A. Heller (AH-7942)
*Attorneys for Defendant*
100 Wall Street, 20th Floor
New York, New York 10005
Tel: (212) 965-4526
Email: alan.heller@foster.com

FG: 102853007.1